AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT

## for the

### Northern District of Oklahoma

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. *10-mj-58-TLW* |
| | ) | |
| | ) | **FILED** |
| LORENA MORENO | ) | |
| Defendant(s) | ) | APR 2 3 2010 |

## CRIMINAL COMPLAINT

Phil Lombardi, Clerk
U.S. DISTRICT COURT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   March 10, 2010   in the county of   Tulsa   in the
Northern District of Oklahoma , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| U.S.C. 21, Section 841(a)(1) | Possession With Intent to Distribute a Controlled Substance (cocaine). |

This criminal complaint is based on these facts:

X  Continued on the attached sheet.

_____
*Complainant's signature*

MATHEW C. McCULLOUGH - SPECIAL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   4/23/10

_____
*Judge's signature*

City and state:   Tulsa, Oklahoma

T. Lane Wilson United States Magistrate Judge
*Printed name and title*

UNITED STATES OF AMERICA

FOR THE NORTHERN DISTRICT OF OKLAHOMA

<u>AFFIDAVIT</u>

I, the undersigned, being duly sworn, depose and say as follows:

1) I, Matthew C. McCullough, hereafter referred to as Affiant, am a Special Agent (SA) of the Federal Bureau of Investigation (FBI). I am currently assigned to the Tulsa Resident Agency of the FBI, where I investigate violations of federal criminal law. Affiant has been a law enforcement officer since May of 1993. Affiant was a police officer with the Oklahoma City Police Department from 1993 to 1999.  Affiant has been a Special Agent of the FBI since 1999.  Affiant was assigned to the Santa Fe Resident Agency of the FBI from August of 1999 to March of 2008. During his assignment at the Santa Fe Resident Agency, Affiant investigated violations of federal law to include, Crimes on Indian Land, public corruption, organized crime and narcotics trafficking. Your Affiant was assigned to the Tulsa Resident Agency in March of 2008. Affiant is currently assigned to the Tulsa County Sheriffs Office (TCSO) Drug Task Force.

2) Affiant has received training in matters concerning the investigation of narcotics trafficking from the FBI and Drug Enforcement Administration (DEA).

3) The information set forth in this Affidavit is known to me by other law enforcement personnel or through my own investigation.

4) On March 9, 2010, Tulsa County Sheriffs Office (TCSO) Drug Task Force Officers (TFOs) initiated a cocaine trafficking investigation in Tulsa County, Oklahoma after receiving information from a confidential Source (CS) that indicated a Hispanic male was going to deliver a kilo of cocaine to a customer in or around a restaurant at 31st and Mingo called Vellasartes. The cocaine transaction was to take place on the following day, March 10, 2010, at approximately 10:20 a.m. The CS identified apartment #1005, at the Heatherstone Apartments, 9741 E. 33rd Street, Tulsa, Oklahoma, within the

1

1   Northern District of Oklahoma,  as being the residence of the Hispanic male who was

2   supposed to deliver the cocaine.

3   　　　　5) On March 10, 2010, TFOs established a surveillance of the Hispanic

4   male's apartment and the Vellasartes Restaurant, located at 9467 E. 31st Street, Tulsa,

5   Oklahoma. At approximately 10:15 a.m., TFO Holycross observed a Hispanic male, who

6   was later identified as Hendri Lopez-Fuentes,  leave the apartment and go to the back

7   parking lot of the complex. TFO Rusty Pope saw Lopez-Fuentes get into a gold Chevrolet

8   Z71 Avalanche. TFOs then followed Lopez-Fuentes after he exited the complex and

9   traveled to the Vellasartes restaurant where he went inside. After a short time, Lopez-

10  Fuentes was observed  exiting the restaurant and getting into a white Chevrolet sports utility

11  vehicle (SUV) that was parked in the restaurant parking lot. Lopez-Fuentes was then

12  observed getting into the white SUV and leaving the parking lot.

13  　　　　6) TFOs followed Lopez-Fuentes as he traveled east on E. 31st street. As

14  Lopez-Fuentes traveled, TCSO Corporal (Cpl.) Jeff Organ observed that the vehicle Lopez-

15  Fuentes was driving had an expired tag and had failed to signal a lane change in the 10200

16  block of E. 31st Street. Cpl. Organ initiated a traffic stop of Lopez-Fuentes by engaging the

17  emergency overhead lighting of the marked patrol unit he was driving. Lopez-Fuentes came

18  to a stop in the parking lot of the Quiktrip convenience store at 10220 East 31st street. Cpl.

19  Organ contacted the driver and sole occupant of the vehicle, Hendri Lopez-Fuentes. Lopez-

20  Fuentes could not produce a valid driver's license or insurance verification. Cpl. Organ

21  placed Lopez-Fuentes under arrest for having no drivers license and secured Lopez-Fuentes

22  in his patrol unit.

23  　　　　7) During a pre-impoundment inventory search of the vehicle Lopez-Fuentes

24  was driving, Cpl. Organ observed a black box sticking out from under the driver's seat.

25  When Cpl. Organ opened the box, he observed it to contain two plastic bags which were

26  filled with a white, powdery substance. Cpl. Organ conducted a field test of a small portion

27  of the substance from each of the bags with positive results for cocaine. Each of the bags

28  containing the white, powdery substance were later weighed with resulting approximate

2

1  weights of 563.4 Grams and 451.8 Grams reportedly.

2          8) As the surveillance and traffic stop of Lopez-Fuentes was taking place,

3  TFOs maintained surveillance on the apartment where Lopez-Fuentes had been seen leaving

4  earlier. Following the traffic stop of Lopez-Fuentes, TFOs approached the apartment and

5  made contact with a Hispanic female identified as Lorena Moreno. After Moreno identified

6  herself as a resident of the apartment, TFOs secured the apartment for safety and to ensure

7  no other subjects were present inside. Moreno was detained at the scene as TFO Holycross

8  prepared and obtained a search warrant which was authorized by a Tulsa County District

9  Court Judge.

10          9) TFO Holycross interviewed Moreno prior to the execution of the search

11  warrant. Moreno waived her rights and TFO Holycross asked Moreno if there were any

12  illegal narcotics in her residence. Moreno told TFO Holycross "if there is, it's not mine."

13  Moreno told TFO Holycross that she lived at the apartment with her boyfriend, Hendri

14  Lopez-Fuentes, and Lopez-Fuentes uses cocaine.

15          10) During the search of the apartment, the following items of evidence were

16  located:

17          - In the master bedroom of the apartment, a black box was located which had

18  a white powder residue on the lid.  The black box was on top of a table in the bedroom in

19  plain view. The box contained three baggies which contained a white powdery substance. A

20  small portion of the substance from the baggies  field tested positive for cocaine. The black

21  box also contained numerous small, plastic zip-lock baggies.

22          - On top of a mattress that was leaned against the wall, three additional small

23  baggies containing a white, powdery substance were located. A portion of the substance

24  from each of the baggies later field tested positive for cocaine.

25          - A small, digital scale.

26          11) The total approximate weight of the white, powdery substance found in

27  the baggies in Moreno and Lopez-Fuentes's residence was 129.7 grams.

28          12) During the search of the apartment shared by Lopez-Fuentes and Lorena

3

1    Moreno, residency papers were located which confirmed them to be the residents at 9741 E.

2    33rd St, Apartment #1005, Tulsa, Oklahoma.

3            13) In light of the above information, it is believed probable cause exists to

4    charge Lorena Moreno with Possession With Intent to Distribute a Controlled Substance in

5    violation of U.S.C. 21, Section 841(a)(1).

6

7                                    _Matthew C. McCullough_

8                                    Matthew C. McCullough
                                     Special Agent
                                     Federal Bureau of Investigation
9                                    Tulsa, Oklahoma

10

11   Subscribed and sworn to before me this _23rd_ day of _April_, _2010_.

12

13

14                                   _____
                                     U.S. Magistrate

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            4