**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 10-mj-58-TLW** |
| | ) | |
| **LORENA MORENO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR LEAVE TO DISMISS WITHOUT PREJUDICE**

Pursuant to Rule 48(a), Federal Rules of Criminal Procedure, plaintiff hereby moves the Court for leave to dismiss without prejudice the Complaint against defendant **LORENA MORENO**, in the above-styled cause.

WHEREFORE, premises considered, plaintiff prays that the instant motion be granted, and for all other proper relief.

Respectfully submitted,

THOMAS SCOTT WOODWARD
UNITED STATES ATTORNEY


/s/ *Joel-lyn A. McCormick*
JOEL-LYN A. MCCORMICK, OBA# 18240
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma  74103
(918) 382-2700
FAX#: (918) 560-7954
joel-lyn.a.mccormick@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2010, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Steven M. Hightower
smhightower@msn.com

/s/ *Joel-lyn A. McCormick*
Joel-lyn A. McCormick